IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROXANNE KIMARIE ECKLES,

    Petitioner,

v.                                                                         CASE NO. 5:13-cv-258-RS-CJK

NICOLE ENGLISH,

    Respondent.

_____/

## ORDER

Before me is the September 9, 2014, Magistrate Judge's Report and Recommendation (Doc.13). No objection to the report and recommendation has been filed. I have reviewed the report and recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The petition for writ of habeas corpus (Doc. 1), filed under 28 U.S.C § 2241, is **DISMISSED with prejudice**.

3. The clerk is directed to close the case.

**ORDERED** on October 9, 2014.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**